**NOT DESIGNATED FOR PUBLICATION**

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

06-0257

SHANNON SUAREZ

VERSUS

LP GAMING COMPANY, ET AL.

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT,
PARISH OF CALCASIEU, NO. 1998-5595,
HONORABLE DAVID A. RITCHIE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

JIMMIE C. PETERS
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Jimmie C. Peters, and Billy H. Ezell, Judges.

**REVERSED AND REMANDED.**

Cooks, J., dissents.

Henry E. Yoes, III
Yoes Law Firm
Post Office Box 1300
Lake Charles, LA  70602
(337) 479-1130
COUNSEL FOR PLAINTIFF/APPELLEE:
    Shannon Suarez

Thomas J. Solari
Lance B. Vinson
Woodley, Williams Law Firm L.L.C.
500 Kirby Street
Lake Charles, LA  70601
(337) 433-6328
COUNSEL FOR DEFENDANTS/APPELLANTS:
    Lance Palermo and Lafayette Insurance Company